BEFORE THE SECOND DIVISION, MAY 16, 1958

**No. 61941.**—Charles A. Redden, Inc., and Pedigree Seed Co. *v.* United States, protest 289656–K (New York).

555

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of 500 cotton bags, containing Timothy seed, which are the usual coverings or containers for said seed, the claim of the plaintiffs was sustained.